IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CR135 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ROBERT K. MORRIS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the motion of defendant Robert K. Morris (Morris) to extend the deadline for filing pretrial motions (Filing No. 37). The motion erroneously states the pretrial motion deadline is June 11, 2008, whereas, the deadline was set for June 24, 2008. **See** Filing No. 31.

Accordingly, the motion (Filing No. 37) is denied as moot.

**IT IS SO ORDERED.**

DATED this 12th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge